957 So.2d 156 (2007)
INDEPENDENT SUPPLY CO., L.L.C.
v.
CSF CONSTRUCTION, INC., American Tank and Vessel, Inc., and Stolthaven New Orleans, L.L.C./Stolt-Nielsen Transportation Group.
No. 2007-C-0724.
Supreme Court of Louisiana.
May 18, 2007.
In re Independent Supply Co. L.L.C.;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Plaquemines, 25th Judicial District Court Div. B, No. 52-781; to the Court of Appeal, Fourth Circuit, No. 2006-CA-1444.
Denied.
VICTORY, J., would grant.